# Third District Court of Appeal

## State of Florida

Opinion filed January 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-697
Lower Tribunal No. 16-17651
_____

**Deutsche Bank National Trust Company, etc.,**
Appellant,

vs.

**Juana S. Dominguez, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

DeLuca Law Group, PLLC, and Brandi Wilson (Fort Lauderdale), for appellant.

Law Offices of E.I. Friedman, P.A., and Eyal I. Friedman, for appellees.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.